# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-1949
Lower Tribunal No. 13-4135
_____

**Norman Lainez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Spencer J. Multack, Judge.

Norman Lainez, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES, and LINDSEY, JJ.

PER CURIAM.

We affirm and write only to commend the trial judge on his thorough and detailed order denying defendant's motion for post-conviction relief entered below.

Affirmed.